UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

USA,
Plaintiff(s),

v.

ALI KHAN LODHI,
Defendant(s).
-----------------------------------------------------------x

**CALENDAR NOTICE**

26cr435 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been re-scheduled for:

___ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion
___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
__x_ Bail hearing
____Sentencing

on October 13, 2026, at 2:00 p.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from October 13, 2026 at 12:00 p.m.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: October 6, 2026
White Plains, NY

SO ORDERED:

_______________________________
Vincent L. Briccetti
United States District Judge