UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA :

v. : **ORDER**

ALI KHAN LODHI, : 26 CR 435 (VB)
Defendant. :

-----------------------------------------------------------x

For the reasons stated on the record at the initial conference held on October 13, 2026, the Court determined that no condition or combination of conditions would reasonably assure the safety of any other person or the community, and therefore the Court denied defendant's request to be released on bond. Defendant shall remain detained pending trial.

Dated: October 14, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge